UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:17-MJ-00683-1 |
| | § | |
| DOMINGO BAEZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1)   There are no conditions or combination of conditions that will ensure the safety of the community; and

(2)   There is a serious risk that the Defendant will fail to appear for future court proceedings.

The evidence against the Defendant is substantial. The Defendant was arrested with counterfeiting equipment in his home  The findings and conclusions contained in the Pretrial Services Report are adopted as the court's own. The Defendant has numerous failures to appear for court as well as a serious addiction to methamphetamine. It does not appear that he has ever voluntarily attended a court hearing since last released from custody in 2014. He is a poor bond candidate.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 21st day of July, 2017.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE